FILED

01/23/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0526

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 24-0526

---

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TAYLOR JEAN CARLSON,

      Defendant and Appellant.

---

**Order Extending Deadline to File Opening Brief**

---

Upon reviewing the Defendant/Appellant's Second Unopposed Motion to Extension of Deadline to File Appellant's Opening Brief, good cause exists to grant the motion. The Appellant is given an extension of time until February 24, 2025, to file and serve the opening brief.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 23 2025